# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| GUSTAVO ANTUNEZ OROSCO, | * |
| Petitioner, | *  CIVIL ACTION NO.: 5:20-cv-39 |
| v. | * |
| TRACY JOHNS, | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Gustavo Orosco ("Orosco") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "[F]orward Time Exp[ired,] Return to Sender." Dkt. No. 4 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Orosco's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

AO 72A
(Rev. 8/82)

appropriate judgment of dismissal.  The Court **DENIES** Orosco *in forma pauperis* status on appeal.

**SO ORDERED**, this ___21___ day of ___June___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA